# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON TOMMERAASON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00344-MCE-DB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUT-OFF AND RELATED PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>*Current Date*<br>**Non-Expert Discovery Cut-Off:  4/13/23**<br><br>*Proposed New Date*<br>**Non-Expert Discovery Cut-Off:  9/13/23** |

# ORDER

Having reviewed and considered the Parties' Stipulation to Continue Non-Expert Discovery Cut-Off and Related Pretrial Scheduling Order Deadlines (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as used in the Stipulation:

1. The Non-Expert Discovery Cut-Off shall be and hereby is continued by approximately five months, from April 13, 2023, to September 13, 2023, with all other pre-trial deadlines, including the Parties' deadline to disclose expert witnesses, designate supplemental expert witnesses, file a Joint Notice of Trial Readiness, and file dispositive motions, to flow from the continued date [*see* Dkt. #4]; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, with respect to Plaintiff's Complaint and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated:  February 24, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE