**EXCELSIS LAW, P.C.**
C. Genevieve Jenkins, SBN 271128
*cgjenkins@excelsislaw.com*
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone:   213.340.0300
Facsimile:    213.340.0200

Attorney for Plaintiff BRYON TOMMERAASON

**BAKER & HOSTETLER LLP**
Eric L. Barnum, SBN 176064
*ebarnum@bakerlaw.com*
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309-7676
Telephone:   404.946.9780
Facsimile:    404.459.5734

**BAKER & HOSTETLER LLP**
Amy E. Beverlin, SBN 284745
*abeverlin@bakerlaw.com*
Kerri H. Sakaue, SBN 301043
*ksakaue@bakerlaw.com*
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859

Attorneys for Defendant SIEMENS MOBILITY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON TOMMERAASON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:22-CV-00344-MCE-DB<br><br>**JOINT STIPULATION TO DISMISS THE CASE; ORDER**<br><br>Case Filed: February 22, 2022<br><br>Trial date: Not yet set |

---

1

**STIPULATION TO DISMISS; ORDER**

**TO THE HONORABLE COURT:**

Plaintiff BRYON TOMMERAASON and Defendant SIEMENS MOBILITY, INC. (collectively, "the Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation:

WHEREAS, the Parties signed a Settlement Agreement on or around May 16, 2023; and

WHEREAS, Defendant has timely made all payments as described in the Settlement Agreement.

## **JOINT STIPULATION**

By this Joint stipulation, Parties agree to the following:

1. The Parties agree to dismiss the case in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: July 7, 2023          **BAKER & HOSTETLER LLP**

By: /s/ *Amy E. Beverlin*
Eric L. Barnum
Amy Beverlin
Kerri Sakaue

Attorneys for Defendant

Dated: July 7, 2023          **EXCELSIS LAW, P.C.**

By: /s/ *C. Genevieve Jenkins* (as authorized on 7/6/23)
C. Genevieve Jenkins

Attorneys for Plaintiff

**ORDER**

Having reviewed and considered the Parties' Stipulation to Dismiss (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as used in the Stipulation:

1. Pursuant to the stipulation of the Parties, this action shall be and hereby is DISMISSED in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE